FILED IN OPEN COURT
ON 6/6/2023 CRP
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:23-CR-29-FL-BM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| CHRISTOPHER DWAIN DEAVER a/k/a "TATER" | ) ) | |

The Grand Jury charges that:

## COUNT ONE

On or about July 30, 2020, in the Eastern District of North Carolina, the defendant, CHRISTOPHER DWAIN DEAVER, also known as "TATER," did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about August 20, 2020, in the Eastern District of North Carolina, the defendant, CHRISTOPHER DWAIN DEAVER, also known as "TATER," did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about September 3, 2020, in the Eastern District of North Carolina, the

1

defendant, CHRISTOPHER DWAIN DEAVER, also known as "TATER," did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about December 18, 2020, in the Eastern District of North Carolina, the defendant, CHRISTOPHER DWAIN DEAVER, also known as "TATER," did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

On or about December 18, 2020, in the Eastern District of North Carolina, the defendant, CHRISTOPHER DWAIN DEAVER, also known as "TATER," did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, as charged in Count Four of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT SIX

On or about, April 28, 2021, in the Eastern District of North Carolina, the defendant, CHRISTOPHER DWAIN DEAVER, also known as "TATER," knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly possessed a firearm, and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## ALLEGATION OF PRIOR CONVICTION

For purposes of Title 21, United States Code, Sections 841 and 851, CHRISTOPHER DWAIN DEAVER, also known as "TATER," committed the violations alleged in the Indictment after a prior conviction for a felony drug offense, as defined in Title 21, United States Code, Section 802(44), had become final.

## **FORFEITURE NOTICE**

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any felony violation of the Controlled Substances Act charged herein, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or that were intended to be used in any offense identified in 18 U.S.C. § 924(d)(3), or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the

3

defendant at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

- One .380 Lorcin Pistol, bearing serial number 425473, seized on April 30, 2021, from 3056 Tyndall Williams Rd, Deeprun, North Carolina

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

6 Jun 2023
DATE:

MICHAEL F. EASLEY, JR.
UNITED STATES ATTORNEY

By: Leonard Champaign
Assistant United States Attorney
Criminal Division

4